UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-** 346-HZ |
| v. | **INFORMATION** |
| **JAMES MONROE,** | **38 U.S.C. § 6102(b)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**INTRODUCTION**

1. Defendant **JAMES MONROE** has been receiving a U.S. Department of Veterans Affairs benefit, "Individual Unemployability" since 2005.

2. Individual Unemployability is a benefit that the VA administers to veterans at a predetermined compensation rate if they are unable to maintain substantially gainful employment and if the reason for their inability is connected to their service-related disabilities.

3. Nevertheless, Defendant was engaged in substantially gainful employment—at least since January 1, 2019.

/ / /

/ / /

/ / /

Information                                                                                                       Page 1

## COUNT 1
### (Fraudulent Acceptance of Payments)
### (38 U.S.C. § 6102(b))

4. From at least on or about January 1, 2019, and continuing until on or about January 1, 2022, in the District of Oregon, defendant **JAMES MONROE**, did knowingly fail to report and deliberately concealed earned income to the VA while receiving Individual Unemployability benefits.

All in violation of Title 38, United States Code, Section 6102(b).

Dated: October 24, 2023            Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Meredith Bateman*
MEREDITH BATEMAN, OSB #192273
Assistant United States Attorney